UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **OFF DUTY OFFICERS, INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. CIV-24-249-G |
| **PAYCOM PAYROLL, LLC et al.,** | ) ) ) |
| **Defendants.** | ) |

## **ORDER**

Now before the Court is a Motion to Dismiss (Doc. No. 18), seeking dismissal of the claims raised in Plaintiff's original Complaint (Doc. No. 1-3). Plaintiff has now timely filed an Amended Complaint (Doc. No. 33). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the pending Motion to Dismiss (Doc. No. 18) is DENIED AS MOOT.

IT IS SO ORDERED this 16th day of May, 2024.

_____
CHARLES B. GOODWIN
United States District Judge